

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00319-CV

| | | |
|---|---|---|
| COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY, L.P. D/B/A MEDICAL CITY ARLINGTON AND HCA INC., Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-312807-19) |
| V. | | |
| JARED BUSH, JR., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF IREILLE WILLIAMS-BUSH, DECEASED, AND NEXT FRIEND OF J.B. AND L.B., MINORS, Appellee | § | April 20, 2023 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court with instructions to dismiss the claims of Appellee Jared Bush, Jr., Individually and as Representative of

the Estate of Ireille Williams-Bush, Deceased, and Next Friend of J.B. and L.B., Minors against Appellants Columbia Medical Center of Arlington Subsidiary, L.P. d/b/a Medical City Arlington and HCA INC. with prejudice and to rule on Appellants' request for attorney's fees under Texas Civil Practice and Remedies Code Section 74.351(b)(1) and (2).

It is further ordered that Appellee Jared Bush, Jr., Individually and as Representative of the Estate of Ireille Williams-Bush, Deceased, and Next Friend of J.B. and L.B., Minors shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
    Justice Mike Wallach